**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PAIRPREP, INC. d/b/a OPTICSML, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-251 |
| | ) | |
| ALTADA TECHNOLOGY SOLUTIONS, LTD. , | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Pairprep Inc.,

d/b/a OpticsML ("OpticsML"), hereby states that it is a privately held corporation, that it has no

parent corporation, and that no publicly held corporation owns ten percent or more of its stock.


Dated: July 7, 2022                    Respectfully submitted,

                                       */s/ Melissa Smith*
                                       Melissa Smith

                                       GILLAM & SMITH
                                       303 S. Washington Ave.
                                       Marshall, Texas  75670
                                       Tel: 903.934.8450
                                       Melissa@gillamsmithlaw.com


                                       Asim M. Bhansali
                                       Texas State Bar No. 90001290
                                       Kate E. Lazarus (*pro hac* forthcoming)
                                       Nicholas A. Roethlisberger (*pro hac* forthcoming)
                                       Scott W. Taylor (*pro hac* forthcoming)
                                       KWUN BHANSALI LAZARUS LLP
                                       555 Montgomery St., Suite 750
                                       San Francisco, CA 94111
                                       Tel: (415) 630-2350
                                       abhansali@kblfirm.com

klazarus@kblfirm.com
nroethlisberger@kblfirm.com
staylor@kblfirm.com

*Attorneys for Plaintiff*
*Pairprep Inc., d/b/a OpticsML*